UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **ED CV 13-1478-MWF(DTBx)**                              Dated: **February 21, 2014**

Title:      Gunter Weissmann -*v*- Daniels Norelli Secully & Cecere PC

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement filed February 21, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for April 14, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   rs
CIVIL - GEN

-1-